# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Channien Ojimba

                         Plaintiff,

v.                                          Case No.: 1:21−cv−00351

                                                     Honorable Edmond E. Chang

United States of America, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 1, 2022:

       MINUTE entry before the Honorable Susan E. Cox: The parties filed a status report on 5/31/22. However that status report date had been stricken and re−set to 8/1/22 [Dkt. 45]. The Court has no additional instructions at this time. Mailed notice (gw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.